IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.12-CR-30142-MJR |
| ) | |
| ANTOINE T. THOMAS, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, District Judge:

On July 24, 2013, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant Steward entered a guilty plea as to Count 1 of the indictment.

By Report and Recommendation filed July 24, 2013 (Doc. 31), Judge Wilkerson recommended that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to the Report and Recommendation. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (**Doc. 31**), **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the offenses set forth therein.

The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **CONFIRMS that SENTENCING** shall proceed at **11:00 a.m. on October 25, 2013.**

It is so ordered.

August 13, 2013

s/ Michael J. Reagan
MICHAEL J. REAGAN
United States District Judge
